UNITED STATES BANKRUPTCY COURT       EASTERN DISTRICT OF PENNSYLVANIA

In re:       NICOLE C. MARTIN SLETTEN         Debtors         Case No.06-15130 DWS(If Known)

# FIRST AMENDED CHAPTER 13 PLAN

*(If this form is used by joint debtors wherever the word "debtor" or words referring to debtor are used they shall be read as if in the plural)*

1. The future earnings of the debtor are submitted to the supervision and control of the Trustee and the debtor – Debtor shall pay to the Trustee the sum of $ __374.37__ monthly for a period of __two (2)__ months, plus $__364.04__ monthly for a period of __fifty-eight (58)__ months, over a sixty (60) month Plan.

2. From the payments so received, the trustee shall make disbursements as follows:
   (a) Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. §507.

   (b) Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

       HSBC Bank USA, Trustee for Nomura Home Equity (arrears)    $16,288.61

       ALL OTHER SECURED CLAIMS WILL BE PAID OUTSIDE THE PLAN.

   (c) *Subsequent to – pro rata* with dividends to secured creditors, dividends to unsecured creditors whose claims are duly allowed as follows:
   Unsecured creditors whose claims are timely filed and approved shall be paid a pro rata distribution of remaining funds          __4,000.00__

       SUBTOTAL.      $20,288.61

   TRUSTEE'S COMMISSION NOT TO EXCEED 10%

   TOTAL TO BE PAID UNDER PLAN        **$21,862.73**

**NOTE**:  Debtor received a Discharge in Bankruptcy in 2003 and therefore, will not be entitled to a Discharge at the end of the present Bankruptcy.

3. The following executory contracts of the debtor are rejected:   None
4. The automatic stay order is in effect as of the date of confirmation.  Any sheriff sale or foreclosure sale shall be cancelled and not continued to any later date.
5. The amount of your claim shall be fixed by the sum set forth in the plan.  In the absence of an objection and if the plan is confirmed, this amount shall constitute a finding as to the arrears owed.

    Title to the debtor's property shall revest in the debtor on *confirmation of a plan – upon dismissal of the case after confirmation pursuant to 11 U.S.C. §350.*

Dated: January 29, 2007       */s/ Nicole C. Martin Sletten*         _____
                               NICOLE C. MARTIN SLETTEN *Debtor*        *Debtor*

Acceptances may be mailed to:    Wayne R. Cromie, Esq.    2240 DeKalb Pike, East Norriton, PA 19401