IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br> NICHOLE C. MARTIN SLETTEN <br> A/K/A NICHOLE C. SLETTEN <br> A/K/A NICHOLE C. HOPKINS <br> A/K/A NICHOLE C. MARTIN <br> **Debtor** | Bk. No. 06-15130 ELF <br><br> Chapter No. 13 |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS, NOMURA HOME EQUITY LOAN, INC., ASSET-BACKCERTIFICATES, SERIES 2005-FM1 C/O BAC HOME LOANS SERVICING, L.P. <br><br> **Movant** <br><br> v. <br><br> NICHOLE C. MARTIN SLETTEN <br> A/K/A NICHOLE C. SLETTEN <br> A/K/A NICHOLE C. HOPKINS <br> A/K/A NICHOLE C. MARTIN <br><br> and <br><br> WILLIAM C. MILLER, ESQUIRE (TRUSTEE) <br> **Respondents** | |

## Mortgage Analysis for Payment Change

And now comes **HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS, NOMURA HOME EQUITY LOAN, INC., ASSET-BACKCERTIFICATES, SERIES 2005-FM1 C/O BAC HOME LOANS SERVICING, L.P.**, the secured creditor, by and through its Counsel, Phelan Hallinan & Schmieg, LLP and gives notice to the Chapter 13 Trustee, the Debtor and Debtor's Counsel that the monthly post-petition payment amount is $1,977.27 per month, effective with the May 1, 2009 mortgage payment. A copy of the Escrow Analysis is attached hereto as Exhibit "A" and made a part hereof.

December 23, 2009

/s/ Peter J. Mulcahy, Esquire
Peter J. Mulcahy, Esquire
Attorney I.D. 61791
Phelan Hallinan & Schmieg, LLP
One Penn Center at Suburban Station
1617 John F. Kennedy Boulevard, Suite 1400
Philadelphia, PA 19103-1814
Phone Number 215-563-7000, Ext 1364